UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH WISE,<br><br>    Plaintiff,<br><br>    v.<br><br>BUTTE COUNTY SUPERIOR COURT, et al.<br><br>    Defendants. | No. 2:21-cv-0014 JAM DB PS<br><br>ORDER |

Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On April 15, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The thirty-day period has expired, and plaintiff has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

| | |
|---|---|
| 1 | Accordingly, IT IS HEREBY ORDERED that: |
| 2 | 1. The findings and recommendations filed April 15, 2021 (ECF No. 3) are adopted in |
| 3 | full; |
| 4 | 2. Plaintiff's January 4, 2021 application to proceed in forma pauperis (ECF No. 2) is |
| 5 | denied; |
| 6 | 3. Plaintiff's January 4, 2021 complaint (ECF No. 2) is dismissed without prejudice; and |
| 7 | 4. This action is closed. |

DATED: July 7, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE